**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHRYN K. STRONG, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>KHONE SENGSOURICHANH, an individual; KEE SENGSOURICHANH, an individual; DOES 1-10, inclusive,<br><br>    Defendant. | Case No. 3:22-cv-04580-TLT<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

The Court, having considered the Stipulation by and between Plaintiff Kathryn K. Strong and Defendants Khone Sengsourichanh and Kee Sengsourichanh and for good cause shown, hereby orders as follows:

1. The entire action is hereby dismissed in its entirety with prejudice;

2. The parties will each bear their respective costs and attorney's fees as incurred in connection with this action;

3. The Court will retain jurisdiction over this action to enforce the terms of the agreement entered into between the Parties as needed.

DATED: January 4, 2023

_____
HON. TRINA L. THOMPSON
Judge of the United States District Court